UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE, | ) |
| CHAMBER OF COMMERCE OF THE | ) |
| UNITED STATES OF AMERICA; | ) |
| ASSOCIATED GENERAL CONTRACTORS OF | ) |
| KENTUCKY, INC., | ) |
| HOME BUILDERS ASSOCIATION OF KENTUCKY, | ) |
| PORTLAND CEMENT ASSOCIATION, and | ) |
| GEORGIA CHAMBER OF COMMERCE, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION | ) |
| AGENCY, *ET AL*. | ) |
| | ) |
| Defendants. | ) |
| | ) |

**PLAINTIFFS' CORPORATE DISCLOSURE STATEMENT PURSUANT TO FRCP 7.1**

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the plaintiffs, Kentucky Chamber of Commerce,
Chamber of Commerce of the United States of America, Associated General Contractors of
Kentucky, Inc., Home Builders Association of Kentucky, Inc., Portland Cement Association, and
Georgia Chamber of Commerce, state that none of these entities are publicly held corporations and
no publicly held corporation owns 10% or more of their stock.

3602449

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY  42101
Telephone:  (270) 781-6500
Facsimile:  (270) 782-7782
E-mail:  benglish@elpolaw.com
        sjarboe@elpolaw.com
        lwilcher@elpolaw.com


*/s/ Charles E. English, Jr.*_____
CHARLES E. ENGLISH, JR. (Ky. Bar #21050)
SARAH PAYNE-JARBOE (Ky. Bar #94472)
LAJUANA S. WILCHER (Ky. Bar #76893)
*Attorneys for Plaintiff*


## CERTIFICATE OF SERVICE

This is to certify that on February 22, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.


 */s/ Charles E. English, Jr.*_____ _____
CHARLES E. ENGLISH, JR.