UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; ASSOCIATED GENERAL CONTRACTORS OF KENTUCKY, INC.; HOME BUILDERS ASSOCIATION OF KENTUCKY; PORTLAND CEMENT ASSOCIATION; and GEORGIA CHAMBER OF COMMERCE, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL. | ) ) ) ) |
| Defendants. | ) |

**MOTION TO ADMIT KERRY L. McGRATH PRO HAC VICE**

Plaintiffs, by counsel, move the Court for admission, pro hac vice, of Kerry L. McGrath of the firm of Hunton Andrews Kurth LLP as co-counsel in this action. Kerry L. McGrath is a member in good standing of the District of Columbia Bar and the Commonwealth of Virginia Bar and is admitted to practice before the District of Columbia Court of Appeals, the Supreme Court of Virginia and in various federal courts. Plaintiffs have requested that Kerry L. McGrath be

admitted to the bar of this court pro hac vice to appear on their behalf.  Attached as Exhibit A is the declaration of Kerry L. McGrath in support of this motion.

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY  42101
Telephone:  (270) 781-6500
Facsimile:  (270) 782-7782
E-mail:  benglish@elpolaw.com
           sjarboe@elpolaw.com
           lwilcher@elpolaw.com

*/s/ Charles E. English, Jr.*
CHARLES E. ENGLISH, JR. (Ky. Bar #21050)
SARAH PAYNE-JARBOE (Ky. Bar #94472)
LAJUANA S. WILCHER (Ky. Bar #76893)
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

This is to certify that on February 22, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

 */s/ Charles E. English, Jr.*
CHARLES E. ENGLISH, JR.