UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE;<br>CHAMBER OF COMMERCE OF THE<br>UNITED STATES OF AMERICA;<br>ASSOCIATED GENERAL CONTRACTORS OF<br>KENTUCKY, INC.;<br>HOME BUILDERS ASSOCIATION OF KENTUCKY;<br>PORTLAND CEMENT ASSOCIATION; and<br>GEORGIA CHAMBER OF COMMERCE,<br><br>            Plaintiffs,<br><br>v.<br><br>UNITED STATES ENVIRONMENTAL PROTECTION<br>AGENCY, ET AL.<br><br>            Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## DECLARATION OF KERRY L. McGRATH

Pursuant to Local Rule 83.2, Kerry L. McGrath hereby certifies and declares under the pains and penalties of perjury that:

(1) I will comply with the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky.

(2) I am a member in good standing of the bars of the District of Columbia and the Commonwealth of Virginia. I am also a member in good standing of the bars of the following federal courts:

> United States Court of Appeals for the Second Circuit
> United States Court of Appeals for the Sixth Circuit
> United States Court of Appeals for the Ninth Circuit
> United States Court of Appeals for the Eleventh Circuit
> Supreme Court of the United States

(3) I am not currently and have never been disbarred, suspended from practice, or subject to any other disciplinary action by any court or by the bars of any state, territory or district.

# EXHIBIT A

(4) I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

(5) I am familiar with and proficient in the Electronic Case Filing ("ECF") System used by the Court.  I completed ECF training.

Dated:  February 16, 2023

*/s/ Kerry L. McGrath*
Kerry L. McGrath
HUNTON ANDREWS KURTH LLP
2200 Pennsylvania Avenue, NW
Washington, DC  20037
(202) 955-1519
kmcgrath@HuntonAK.com
