UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE; <br> CHAMBER OF COMMERCE OF THE <br> UNITED STATES OF AMERICA; <br> ASSOCIATED GENERAL CONTRACTORS OF <br> KENTUCKY, INC.; <br> HOME BUILDERS ASSOCIATION OF KENTUCKY; <br> PORTLAND CEMENT ASSOCIATION; and <br> GEORGIA CHAMBER OF COMMERCE, <br>                       Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION <br> AGENCY, ET AL. <br>                       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## MOTION TO ADMIT ELBERT LIN PRO HAC VICE

Plaintiffs, by counsel, move the Court for admission, pro hac vice, of Elbert Lin of the firm of Hunton Andrews Kurth LLP as co-counsel in this action. Elbert Lin is a member in good standing of the Virginia, West Virginia, Massachusetts, and District of Columbia Bars and is admitted to practice before the courts of Virginia, West Virginia, Massachusetts, and the District of Columbia and in various federal courts. Plaintiffs have requested that Elbert Lin be admitted to

- 2 -

the bar of this court pro hac vice to appear on their behalf.  Attached as Exhibit A is the declaration of Elbert Lin in support of this motion.

> ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
> 1101 College Street; P.O. Box 770
> Bowling Green, KY  42101
> Telephone:  (270) 781-6500
> Facsimile:  (270) 782-7782
> E-mail:  benglish@elpolaw.com
>         lwilcher@elpolaw.com
>         sjarboe@elpolaw.com
>
> */s/ Charles E. English, Jr.*
> CHARLES E. ENGLISH, JR. (Ky. Bar #21050)
> SARAH PAYNE-JARBOE (Ky. Bar #94472)
> LAJUANA S. WILCHER (Ky. Bar #76893)
> *Attorneys for Plaintiffs*

### CERTIFICATE OF SERVICE

This is to certify that on February 22, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

> */s/ Charles E. English, Jr.*
> CHARLES E. ENGLISH, JR.