UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

KENTUCKY CHAMBER OF COMMERCE;                    )
CHAMBER OF COMMERCE OF THE                       )
UNITED STATES OF AMERICA;                        )
ASSOCIATED GENERAL CONTRACTORS OF                )
KENTUCKY, INC.;                                  )
HOME BUILDERS ASSOCIATION OF KENTUCKY;           )
PORTLAND CEMENT ASSOCIATION; and                 )
GEORGIA CHAMBER OF COMMERCE,                     )
                                                 )
                          Plaintiffs,            )
                                                 )
v.                                               )
                                                 )
UNITED STATES ENVIRONMENTAL PROTECTION           )
AGENCY, ET AL.                                   )
                                                 )
                          Defendants.            )

## DECLARATION OF ELBERT LIN

Pursuant to Local Rule 83.2, Elbert Lin hereby certifies and declares under the pains and penalties of perjury that:

(1) I will comply with the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky.

(2) I am a member in good standing of the bars of the States of Virginia, West Virginia, Massachusetts, and the District of Columbia. I am also a member in good standing of the bars of the following federal courts:

United States District Court for the Eastern District of Virginia;
United States District Court for the Western District of Virginia;
United States District Court for the Southern District of West Virginia;
United States District Court for the Northern District of West Virginia;
United States District Court for the District of Massachusetts;
United States District Court for the District of Columbia;
United States Court of Appeals for the First Circuit;

**EXHIBIT A**

United States Court of Appeals for the Second Circuit;
United States Court of Appeals for the Third Circuit;
United States Court of Appeals for the Fourth Circuit;
United States Court of Appeals for the Fifth Circuit;
United States Court of Appeals for the Sixth Circuit;
United States Court of Appeals for the Seventh Circuit;
United States Court of Appeals for the Eighth Circuit;
United States Court of Appeals for the Ninth Circuit;
United States Court of Appeals for the Eleventh Circuit
United States Court of Appeals, DC Circuit;
United States Court of Appeals, Federal Circuit; and
United States Supreme Court

(3) I am not currently and have never been disbarred, suspended from practice, or subject to any other disciplinary action by any court or by the bars of any state, territory or district.

(4) I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

(5) I am familiar with and proficient in the Electronic Case Filing ("ECF") System used by the Court.  I completed ECF training for the U.S. District Court for the District of Columbia.

Dated:  February 15, 2023

_/s/ Elbert Lin_
Elbert Lin
Hunton Andrews Kurth LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
elin@HuntonAK.com
(804) 788-8200