UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE; <br> CHAMBER OF COMMERCE OF THE <br> UNITED STATES OF AMERICA; <br> ASSOCIATED GENERAL CONTRACTORS OF <br> KENTUCKY, INC.; <br> HOME BUILDERS ASSOCIATION OF KENTUCKY; <br> PORTLAND CEMENT ASSOCIATION; and <br> GEORGIA CHAMBER OF COMMERCE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION <br> AGENCY, ET AL. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**MOTION TO ADMIT ERICA N. PETERSON PRO HAC VICE**

Plaintiffs, by counsel, move the Court for admission, pro hac vice, of Erica N. Peterson of the firm of Hunton Andrews Kurth LLP as co-counsel in this action. Erica N. Peterson is a member in good standing of the West Virginia, Virginia, and District of Columbia Bars and is admitted to practice before the courts of West Virginia, Virginia, and the District of Columbia and in various federal courts. Plaintiffs have requested that Erica N. Peterson be admitted to the bar of this court

pro hac vice to appear on their behalf.  Attached as Exhibit A is the declaration of Erica N. Peterson in support of this motion.

        ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
        1101 College Street; P.O. Box 770
        Bowling Green, KY  42101
        Telephone:  (270) 781-6500
        Facsimile:  (270) 782-7782
        E-mail:  benglish@elpolaw.com
                  sjarboe@elpolaw.com
                  lwilcher@elpolaw.com

*/s/ Charles E. English, Jr.*
CHARLES E. ENGLISH, JR. (Ky. Bar #21050)
SARAH PAYNE-JARBOE (Ky. Bar #94472)
LAJUANA S. WILCHER (Ky. Bar #76893)
*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

       This is to certify that on February 22, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Charles E. English, Jr.*
        CHARLES E. ENGLISH, JR.