UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; ASSOCIATED GENERAL CONTRACTORS OF KENTUCKY, INC.; HOME BUILDERS ASSOCIATION OF KENTUCKY; PORTLAND CEMENT ASSOCIATION; and GEORGIA CHAMBER OF COMMERCE, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL. | ) ) ) ) |
| Defendants. | ) |

## MOTION TO ADMIT MATTHEW Z. LEOPOLD PRO HAC VICE

Plaintiffs, by counsel, move the Court for admission, pro hac vice, of Matthew Z. Leopold of the firm of Hunton Andrews Kurth LLP as co-counsel in this action. Matthew Z. Leopold is a member in good standing of the District of Columbia Bar and the State of Florida Bar and is admitted to practice before the District of Columbia Court of Appeals and the Supreme Court of Florida and in various federal courts. Plaintiffs have requested that Matthew Z. Leopold be admitted to the bar of this court pro hac vice to appear on their behalf. Attached as Exhibit A is the declaration of Matthew Z. Leopold in support of this motion.

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY  42101
Telephone:  (270) 781-6500
Facsimile:  (270) 782-7782
E-mail:  benglish@elpolaw.com
         sjarboe@elpolaw.com
         lwilcher@elpolaw.com

*/s/ Charles E. English, Jr.*
CHARLES E. ENGLISH, JR. (Ky. Bar #21050)
SARAH PAYNE-JARBOE (Ky. Bar #94472)
LAJUANA S. WILCHER (Ky. Bar #76893)
*Attorneys for Plaintiffs*

**CERTIFICATE OF SERVICE**

This is to certify that on February 22, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Charles E. English, Jr.*
CHARLES E. ENGLISH, JR.