UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; ASSOCIATED GENERAL CONTRACTORS OF KENTUCKY, INC.; HOME BUILDERS ASSOCIATION OF KENTUCKY; PORTLAND CEMENT ASSOCIATION; and GEORGIA CHAMBER OF COMMERCE, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL. | ) ) ) ) |
| Defendants. | ) |

**MOTION TO ADMIT STEPHANIE A. MALONEY PRO HAC VICE**

Plaintiff, Chamber of Commerce of the United States of America, by counsel, moves the Court for admission, pro hac vice, of Stephanie A. Maloney of the Chamber of Commerce of the United States of America as co-counsel in this action. Stephanie A. Maloney is a member in good standing of the District of Columbia Bar and is admitted to practice before the courts of the District of Columbia and in various federal courts. Plaintiff has requested that Stephanie A. Maloney be

- 2 -

admitted to the bar of this court pro hac vice to appear on its behalf. Attached as Exhibit A is the declaration of Stephanie A. Maloney in support of this motion.

        ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
        1101 College Street; P.O. Box 770
        Bowling Green, KY  42101
        Telephone:  (270) 781-6500
        Facsimile:  (270) 782-7782
        E-mail:  benglish@elpolaw.com
                sjarboe@elpolaw.com
                lwilcher@elpolaw.com

*/s/ Charles E. English, Jr.*
CHARLES E. ENGLISH, JR. (Ky. Bar #21050)
SARAH PAYNE-JARBOE (Ky. Bar #94472)
LAJUANA S. WILCHER (Ky. Bar #76893)
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

    This is to certify that on February 22, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

        */s/ Charles E. English, Jr.*
        CHARLES E. ENGLISH, JR.