UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; ASSOCIATED GENERAL CONTRACTORS OF KENTUCKY, INC.; HOME BUILDERS ASSOCIATION OF KENTUCKY; PORTLAND CEMENT ASSOCIATION; and GEORGIA CHAMBER OF COMMERCE, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) |
| v. | ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL. | ) ) ) |
| Defendants. | ) |

## MOTION TO ADMIT ANDREW R. VARCOE PRO HAC VICE

Plaintiff, Chamber of Commerce of the United States of America, by counsel, moves the Court for admission, pro hac vice, of Andrew R. Varcoe of the Chamber of Commerce of the United States of America as co-counsel in this action. Andrew R. Varcoe is a member in good standing of the Pennsylvania and District of Columbia Bars and is admitted to practice before the courts of Pennsylvania and the District of Columbia and in various federal courts. Plaintiff, Chamber of Commerce of the United States of America, has requested that Andrew R. Varcoe be

admitted to the bar of this court pro hac vice to appear on its behalf.  Attached as Exhibit A is the declaration of Andrew R. Varcoe in support of this motion.

      ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
      1101 College Street; P.O. Box 770
      Bowling Green, KY  42101
      Telephone:  (270) 781-6500
      Facsimile:  (270) 782-7782
      E-mail:  benglish@elpolaw.com
             sjarboe@elpolaw.com
             lwilcher@elpolaw.com

      */s/ Charles E. English, Jr.*
      CHARLES E. ENGLISH, JR. (Ky. Bar #21050)
      SARAH PAYNE-JARBOE (Ky. Bar #94472)
      LAJUANA S. WILCHER (Ky. Bar #76893)
      *Attorneys for Plaintiff*

**CERTIFICATE OF SERVICE**

      This is to certify that on February 22, 2023, the foregoing was filed with the Clerk of Court using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

      */s/ Charles E. English, Jr.*
      CHARLES E. ENGLISH, JR.