UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE; <br> CHAMBER OF COMMERCE OF THE <br> UNITED STATES OF AMERICA; <br> ASSOCIATED GENERAL CONTRACTORS OF <br> KENTUCKY, INC.; <br> HOME BUILDERS ASSOCIATION OF KENTUCKY; <br> PORTLAND CEMENT ASSOCIATION; and <br> GEORGIA CHAMBER OF COMMERCE, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION <br> AGENCY, ET AL. <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF ANDREW R. VARCOE

Pursuant to Local Rule 83.2, Andrew R. Varcoe hereby certifies and declares under the pains and penalties of perjury that:

(1) I will comply with the Joint Local Rules of Civil Practice for the United States District Courts for the Eastern and Western Districts of Kentucky.

(2) I am a member in good standing of the bars of the State of Pennsylvania and the District of Columbia. I am an inactive member of the Massachusetts Bar. I am also a member in good standing of the bars of the following federal courts:

U.S. Supreme Court; the U.S. Courts of Appeals for the District of Columbia Circuit, the Third Circuit, the Fifth Circuit, the Ninth Circuit, and the Tenth Circuit; and the U.S. District Courts for the District of Colorado, the District of Columbia, and the Middle District of Pennsylvania.

(3) I am not currently and have never been disbarred, suspended from practice, or subject to any other disciplinary action by any court or by the bars of any state, territory or district.

(4) I consent to be subject to the jurisdiction and rules of the Kentucky Supreme Court governing professional conduct.

# EXHIBIT A

- 2 -

(5) I am familiar with and proficient in the Electronic Case Filing ("ECF") System used by the Court.  I completed ECF training.

Dated:  February 15, 2023

                                                     */s/ Andrew R. Varcoe*
                                                     Andrew R. Varcoe
                                                     U.S. Chamber Litigation Center
                                                     U.S. Chamber of Commerce
                                                     1615 H Street, NW
                                                     Washington, DC 20062
                                                     202-734-9539
                                                     Avarcoe@USChamber.com