UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; ASSOCIATED GENERAL CONTRACTORS OF KENTUCKY, INC.; HOME BUILDERS ASSOCIATION OF KENTUCKY; PORTLAND CEMENT ASSOCIATION; and GEORGIA CHAMBER OF COMMERCE, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL. | ) ) ) ) |
| Defendants. | ) |

## ORDER GRANTING MOTION FOR ADMISSION PRO HAC VICE

A motion having been filed for admission to practice pro hac vice by attorney, Andrew R. Varcoe, the Court having considered the application and being otherwise sufficiently advised,

IT IS HEREBY ORDERED that the applicant, Andrew R. Varcoe, is permitted to argue and try cases in whole and in part as counsel for the Plaintiff, Chamber of Commerce of the United States of America.

IT IS FURTHER ORDERED that copies of all pleadings, notices, orders and other documents filed in this action be served upon Andrew R. Varcoe.

TENDERED ELECTRONICALLY BY:

ENGLISH, LUCAS, PRIEST & OWSLEY, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY  42101
Telephone:  (270) 781-6500
Facsimile:  (270) 782-7782
E-mail:  benglish@elpolaw.com
          sjarboe@elpolaw.com
          lwilcher@elpolaw.com

*/s/ Charles E. English, Jr.*
CHARLES E. ENGLISH, JR. (Ky. Bar #21050)
SARAH PAYNE-JARBOE (Ky. Bar #94472)
LAJUANA S. WILCHER (Ky. Bar #76893)
*Attorneys for Plaintiffs*

Clerk, please send copies to:

All Counsel of Record