UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-CV-0008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE, ET AL., <br> UNITED STATES CHAMBER OF COMMERCE, <br> ASSOCIATED GENERAL CONTRACTORS OF <br> KENTUCKY, INC., <br> HOME BUILDERS ASSOCIATION OF KENTUCKY, <br> PORTLAND CEMENT ASSOCIATION, and <br> GEORGIA CHAMBER OF COMMERCE, <br> <br>       Plaintiffs, <br> <br> v. <br> <br> UNITED STATES ENVIRONMENTAL PROTECTION <br> AGENCY, *ET AL*. <br> <br>       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## ORDER CONSOLIDATING

Pursuant to Fed. R. Civ. P. 42, Plaintiffs have moved the Court to consolidate this case with Civil Action No. 3:23-cv-00007-GFVT, which is currently pending before this Court. The Court has considered the arguments of counsel and is sufficiently advised. Accordingly,

IT IS ORDERED this case shall be and is consolidated with Civil Action No. 3:23-cv-00007-GFVT for all purposes.

ORDERED  on this _____ day of _____, 2023.