UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; ASSOCIATED GENERAL CONTRACTORS OF KENTUCKY, INC.; HOME BUILDERS ASSOCIATION OF KENTUCKY; PORTLAND CEMENT ASSOCIATION; and GEORGIA CHAMBER OF COMMERCE, | ) ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL., | ) ) ) ) |
| Defendants. | ) ) |

### PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure, Plaintiffs move this Court for the issuance of a preliminary injunction against enforcement of the Final Rule entitled Revised Definition of "Waters of the United States," 88 Fed. Reg. 3,004 (Jan. 18, 2023). In support of this Motion, Plaintiffs rely on the following:

1. Plaintiffs' memorandum in support of the motion for a preliminary injunction;

2. Plaintiffs' complaint;

3. The Declaration of Louis Baer;

4. The Declaration of Martin Durbin;

5. The Declaration of Jason Heck;

6. The Declaration of Van Mitchell;

7. The Declaration of Jerry O'Bryan;

8. The Declaration of Daniela Perry;

9. The Declaration of Anetha Sanford;

10. The Declaration of Colin Stout;

11. The Declaration of Trip Tollison;

12. The Declaration of Richard Vincent;

13. The Declaration of Ashli Watts; and

14. A proposed order granting injunctive relief.

Plaintiffs respectfully request a hearing on their motion for a preliminary injunction.

Dated:  February 22, 2023                /s/ *Charles E. English, Jr.*
Charles E. English, Jr. ("Buzz")
Sarah P. Jarboe
LaJuana S. Wilcher
English, Lucas, Priest & Owsley, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
(270) 781-6500
benglish@elpolaw.com
lwilcher@elpolaw.com
sjarboe@elpolaw.com

Elbert Lin (*pro hac vice pending*)
Hunton Andrews Kurth LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
(804) 788-8200
elin@HuntonAK.com

Matthew Z. Leopold (*pro hac vice pending*)
Kerry L. McGrath (*pro hac vice pending*)
Erica N. Peterson (*pro hac vice pending*)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
mleopold@HuntonAK.com
kmcgrath@HuntonAK.com
epeterson@HuntonAK.com
*Counsel for Plaintiffs Kentucky Chamber of Commerce, Chamber of Commerce of the United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, Portland Cement Association, and Georgia Chamber of Commerce*

Andrew R. Varcoe (*pro hac vice pending*)
Stephanie A. Maloney (*pro hac vice pending*)
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
avarcoe@USChamber.com
smaloney@USChamber.com
*Counsel for Plaintiff Chamber of Commerce of the United States of America*

## **CERTIFICATE OF SERVICE**

      I certify that on this 22nd day of February 2023, I filed a copy of this Motion For A Preliminary Injunction with the Court's electronic-filing system, which will send an electronic copy to all counsel.

                                                  /s/ *Charles E. English*
                                                  CHARLES E. ENGLISH, JR.