UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE, <br> CHAMBER OF COMMERCE OF THE <br>    UNITED STATES OF AMERICA, <br> ASSOCIATED GENERAL CONTRACTORS OF <br>    KENTUCKY, INC., <br> HOME BUILDERS ASSOCIATION OF KENTUCKY, <br> PORTLAND CEMENT ASSOCIATION, and <br> GEORGIA CHAMBER OF COMMERCE, <br><br>                       Plaintiffs, <br><br> v. <br><br> UNITED STATES ENVIRONMENTAL PROTECTION <br> AGENCY, ET AL. <br><br>                       Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**<u>ORDER GRANTING MOTION</u>**
**<u>FOR PRELIMINARY INJUNCTION</u>**

Plaintiffs having filed a Motion for Preliminary Injunction, and the Court having considered the Motion, Plaintiffs' memorandum in support of its Motion, and the exhibits thereto, and now being sufficiently advised, finds and orders as follows:

**FINDINGS OF FACT & CONCLUSIONS OF LAW**

1. Plaintiffs are likely to succeed on the merits of at least one of their claims that the Final Rule entitled Revised Definition of "Waters of the United States," 88 Fed. Reg. 3,004 (Jan. 18, 2023) is unlawful.

2. Plaintiffs and their members will suffer imminent and irreparable harm if the Final Rule is not immediately enjoined.

3. Defendants and the public interest will not be harmed by the entry of this injunction. The balance of equities and the public interest weigh in favor of entry of injunctive relief.

Accordingly, the Court concludes that Plaintiffs are entitled to immediate injunctive relief. The Defendant federal agencies are enjoined and restrained from enforcing the Final Rule entitled "Waters of the United States," 88 Fed. Reg. 3,004 (Jan. 18, 2023), against Plaintiffs and their members.

ORDERED on this _____ day of _____, 2023.