AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **3:23-cv-8-GFVT** |
| United States Enivronmental Protection Agency, et al. | ) ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Charles E. English, Jr. | Elbert Lin, Matthew Leopold, |
| Sarah Payne-Jarboe | Kerry McGrath, Erica Peterson |
| LaJuana S. Wilcher | Hunton Andrews Kurth LLP |
| English Lucas Priest & Owsley, LLP | 2200 Pennsylvania Avenue, NW |
| 1101 College Street, P.O. Box 770 | Washington, D.C. 20037 |
| Bowling Green, KY 42101 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  2/22/2023

*Signature of Clerk or Deputy Clerk*

jj

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) Civil Action No. **3:23-cv-8-GFVT** |
| United States Enivronmental Protection Agency, et al. | ) ) ) |
| _Defendant(s)_ | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Charles E. English, Jr. | Elbert Lin, Matthew Leopold, |
| Sarah Payne-Jarboe | Kerry McGrath, Erica Peterson |
| LaJuana S. Wilcher | Hunton Andrews Kurth LLP |
| English Lucas Priest & Owsley, LLP | 2200 Pennsylvania Avenue, NW |
| 1101 College Street, P.O. Box 770 | Washington, D.C. 20037 |
| Bowling Green, KY 42101 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:  2/22/2023

_Signature of Clerk or Deputy Clerk_

jj

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> United States Enivronmental Protection Agency, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. 3:23-cv-8-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. English, Jr.     Elbert Lin, Matthew Leopold,
Sarah Payne-Jarboe     Kerry McGrath, Erica Peterson
LaJuana S. Wilcher      Hunton Andrews Kurth LLP
English Lucas Priest & Owsley, LLP 2200 Pennsylvania Avenue, NW
1101 College Street, P.O. Box 770  Washington, D.C. 20037
Bowling Green, KY 42101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/22/2023

_____
*Signature of Clerk or Deputy Clerk*

jj

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ | 0.00 | .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et. al. | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| United States Enivronmental Protection Agency, et. al. | ) ) ) ) |
| _Defendant(s)_ | ) |

Civil Action No.   3:23-cv-8-GFVT

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. English, Jr.                          Elbert Lin, Matthew Leopold,
Sarah Payne-Jarboe                          Kerry McGrath, Erica Peterson
LaJuana S. Wilcher                          Hunton Andrews Kurth LLP
English Lucas Priest & Owsley, LLP          2200 Pennsylvania Avenue, NW
1101 College Street, P.O. Box 770          Washington, D.C. 20037
Bowling Green, KY 42101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   2/22/2023

_____
_Signature of Clerk or Deputy Clerk_

jj

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

 ❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

 ❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

 ❑ I served the summons on *(name of individual)* _____ , who is

 designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

 ❑ I returned the summons unexecuted because _____ ; or

 ❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.


Date: _____

          _____
               *Server's signature*

          _____
               *Printed name and title*

          _____
               *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) ) |
| United States Enivronmental Protection Agency, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No. **3:23-cv-8-GFVT**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. English, Jr.
Sarah Payne-Jarboe
LaJuana S. Wilcher
English Lucas Priest & Owsley, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY 42101

Elbert Lin, Matthew Leopold,
Kerry McGrath, Erica Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 2/22/2023

_____
*Signature of Clerk or Deputy Clerk*

jj

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No. _____

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ __0.00__ .

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                          *Server's signature*

                                 _____
                                          *Printed name and title*

                                 _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

|  |  |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. <br> *Plaintiff(s)* <br> v. <br> United States Enivronmental Protection Agency, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No. **3:23-cv-8-GFVT**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. English, Jr.
Sarah Payne-Jarboe
LaJuana S. Wilcher
English Lucas Priest & Owsley, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY 42101

Elbert Lin, Matthew Leopold,
Kerry McGrath, Erica Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 2/22/2023

_____
*Signature of Clerk or Deputy Clerk*

jj

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. | ) ) ) ) |
| _Plaintiff(s)_ | ) ) |
| v. | ) |
| United States Enivronmental Protection Agency, et al. | ) ) ) |
| _Defendant(s)_ | ) ) ) |

Civil Action No. **3:23-cv-8-GFVT**

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_ United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. English, Jr.
Sarah Payne-Jarboe
LaJuana S. Wilcher
English Lucas Priest & Owsley, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY 42101

Elbert Lin, Matthew Leopold,
Kerry McGrath, Erica Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: 2/22/2023

_____
_Signature of Clerk or Deputy Clerk_

jj

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et. al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> United States Enivronmental Protection Agency, et. al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   **3:23-cv-8-GFVT**

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Charles E. English, Jr. | Elbert Lin, Matthew Leopold |
| LaJuana S. Wilcher | Erica Peterson |
| Sarah Payne-Jarboe | Kerry McGrath |
| English Lucas Priest & Owsley, LLP | Hunton Andrews Kurth LLP |
| 1101 College Street, P.O. Box 770 | 2200 Pennsylvania Avenue, NW |
| Bowling Green, KY 42101 | Washington, DC 20037 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   2/22/2023

_____
*Signature of Clerk or Deputy Clerk*

jj

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                                    *Server's signature*

                                         _____
                                                    *Printed name and title*

                                         _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. **3:23-cv-8-GFVT** |
| United States Enivronmental Protection Agency, et al. | ) ) |
| *Defendant(s)* | ) ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Charles E. English, Jr. | Elbert Lin, Matthew Leopold, |
| Sarah Payne-Jarboe | Kerry McGrath, Erica Peterson |
| LaJuana S. Wilcher | Hunton Andrews Kurth LLP |
| English Lucas Priest & Owsley, LLP | 2200 Pennsylvania Avenue, NW |
| 1101 College Street, P.O. Box 770 | Washington, D.C. 20037 |
| Bowling Green, KY 42101 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  2/22/2023

*Signature of Clerk or Deputy Clerk*

jj

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)*

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.


Date: _____            _____
                                          *Server's signature*

                                   _____
                                          *Printed name and title*

                                   _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. <br><br>_____ <br> *Plaintiff(s)* <br> v. <br><br> United States Enivronmental Protection Agency, et al. <br><br>_____ <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   3:23-cv-8-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Charles E. English, Jr. <br> Sarah Payne-Jarboe <br> LaJuana S. Wilcher <br> English Lucas Priest & Owsley, LLP <br> 1101 College Street, P.O. Box 770 <br> Bowling Green, KY 42101 | Elbert Lin, Matthew Leopold, <br> Kerry McGrath, Erica Peterson <br> Hunton Andrews Kurth LLP <br> 2200 Pennsylvania Avenue, NW <br> Washington, D.C. 20037 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   2/22/2023

_____
*Signature of Clerk or Deputy Clerk*

jj

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. | ) ) ) ) |
| _Plaintiff(s)_ | ) |
| v. | ) |
| United States Enivronmental Protection Agency, et al. | ) ) ) |
| _Defendant(s)_ | ) ) ) |

Civil Action No.   3:23-cv-8-GFVT

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_   United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. English, Jr.
Sarah Payne-Jarboe
LaJuana S. Wilcher
English Lucas Priest & Owsley, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY 42101

Elbert Lin, Matthew Leopold,
Kerry McGrath, Erica Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date:   2/22/2023

_____
_Signature of Clerk or Deputy Clerk_

jj

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00    .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. <br> *Plaintiff(s)* <br> v. <br> United States Enivronmental Protection Agency, et al. <br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.  3:23-cv-8-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*    United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Charles E. English, Jr. <br> Sarah Payne-Jarboe <br> LaJuana S. Wilcher <br> English Lucas Priest & Owsley, LLP <br> 1101 College Street, P.O. Box 770 <br> Bowling Green, KY 42101 | Elbert Lin, Matthew Leopold, <br> Kerry McGrath, Erica Peterson <br> Hunton Andrews Kurth LLP <br> 2200 Pennsylvania Avenue, NW <br> Washington, D.C. 20037 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  2/22/2023

_____
*Signature of Clerk or Deputy Clerk*

jj

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Ketucky, et al. _____ *Plaintiff(s)* v. United States Enivronmental Protection Agency, et al. _____ *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) |

Civil Action No.   3:23-cv-8-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Charles E. English, Jr. Sarah Payne-Jarboe LaJuana S. Wilcher English Lucas Priest & Owsley, LLP 1101 College Street, P.O. Box 770 Bowling Green, KY 42101 | Elbert Lin, Matthew Leopold, Kerry McGrath, Erica Peterson Hunton Andrews Kurth LLP 2200 Pennsylvania Avenue, NW Washington, D.C. 20037 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:   2/22/2023                          _____
                                                  *Signature of Clerk or Deputy Clerk*

jj

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: