UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
FRANKFORT DIVISION
CIVIL ACTION NO. 3:23-cv-00008-GFVT

| | |
|---|---|
| KENTUCKY CHAMBER OF COMMERCE; CHAMBER OF COMMERCE OF THE UNITED STATES OF AMERICA; ASSOCIATED GENERAL CONTRACTORS OF KENTUCKY, INC.; HOME BUILDERS ASSOCIATION OF KENTUCKY; PORTLAND CEMENT ASSOCIATION; and GEORGIA CHAMBER OF COMMERCE, | ) ) ) ) ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, ET AL., | ) ) ) |
| Defendants. | ) ) |

**PLAINTIFFS' NOTICE OF FILING OF SUMMONS**

Come the Plaintiffs, by counsel, and hereby give notice of filing the following summonses for issuance: (1) proposed summons for the United States Environmental Protection Agency; (2) proposed summons for Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency; (3) proposed summons for the United States Army Corps of Engineers; and (4) proposed summons for Michael L. Connor, in his official capacity as Assistant Secretary of the Army (Civil Works).

The Plaintiffs respectfully request that the issued summonses be returned to the undersigned counsel to effectuate service.

1

Dated:  February 22, 2023       /s/ *Charles E. English, Jr.*
Charles E. English, Jr. ("Buzz")
Sarah P. Jarboe
LaJuana S. Wilcher
English, Lucas, Priest & Owsley, LLP
1101 College Street; P.O. Box 770
Bowling Green, KY 42102-0770
(270) 781-6500
benglish@elpolaw.com
lwilcher@elpolaw.com
sjarboe@elpolaw.com

Elbert Lin (*pro hac vice pending*)
Hunton Andrews Kurth LLP
951 East Byrd Street, East Tower
Richmond, VA 23219
(804) 788-8200
elin@HuntonAK.com

Matthew Z. Leopold (*pro hac vice pending*)
Kerry L. McGrath (*pro hac vice pending*)
Erica N. Peterson (*pro hac vice pending*)
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, DC 20037
(202) 955-1500
mleopold@HuntonAK.com
kmcgrath@HuntonAK.com
epeterson@HuntonAK.com
*Counsel for Plaintiffs Kentucky Chamber of Commerce, Chamber of Commerce of the United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, Portland Cement Association, and Georgia Chamber of Commerce*

Andrew R. Varcoe (*pro hac vice pending*)
Stephanie A. Maloney (*pro hac vice pending*)
U.S. Chamber Litigation Center
1615 H Street, NW
Washington, DC 20062
(202) 463-5337
avarcoe@USChamber.com
smaloney@USChamber.com
*Counsel for Plaintiff Chamber of Commerce of the United States of America*

2

## **CERTIFICATE OF SERVICE**

  I certify that on this 22nd day of February 2023, I filed a copy of this Notice of Filing with the Court's electronic-filing system, which will send an electronic copy to all counsel.

              /s/ *Charles E. English*
              CHARLES E. ENGLISH, JR.