AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky  ▼

Kentucky Chamber of Commerce, Chamber of
Commerce of The United States of America,
Associated General Contractors of Kentucky, Inc.,
Home Builders Association of Kentucky, et al.

*Plaintiff(s)*

v.

Civil Action No.  3:23-cv-00008-GFVT

United States Environmental Protection Agency, et
al.

*Defendant(s)*

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Charles E. English, Jr.
Sarah Payne-Jarboe
LaJuana S. Wilcher
English Lucas Priest & Owsley, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY 42101

Elbert Lin, Matthew Leopold,
Kerry McGrath, Erica Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.   3:23-cv-00008-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                        *Server's signature*

                                _____
                                        *Printed name and title*


                                _____
                                        *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

Kentucky Chamber of Commerce, Chamber of
Commerce of The United States of America,
Associated General Contractors of Kentucky, Inc.,
Home Builders Association of Kentucky, et al.

*Plaintiff(s)*

v.

United States Environmental Protection Agency, et
al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)

Civil Action No.  3:23-cv-00008-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Environmental Protection Agency
by registered or certified mail to the
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are:  Charles E. English, Jr.                    Elbert Lin, Matthew Leopold,
Sarah Payne-Jarboe                    Kerry McGrath, Erica Peterson
LaJuana S. Wilcher                    Hunton Andrews Kurth LLP
English Lucas Priest & Owsley, LLP    2200 Pennsylvania Avenue, NW
1101 College Street, P.O. Box 770     Washington, D.C. 20037
Bowling Green, KY 42101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00008-GFVT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

, a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky  ▾

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, et al. <br><br> *Plaintiff(s)* <br><br> v. <br><br> United States Environmental Protection Agency, et al. <br><br> *Defendant(s)* | ) ) ) ) ) ) ) ) ) ) ) ) <br><br> Civil Action No.  3:23-cv-00008-GFVT |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Environmental Protection Agency
by registered or certified mail to the civil-process clerk at the
Office of the United States Attorney for the Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, KY 40507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles E. English, Jr.                     Elbert Lin, Matthew Leopold,
Sarah Payne-Jarboe                       Kerry McGrath, Erica Peterson
LaJuana S. Wilcher                          Hunton Andrews Kurth LLP
English Lucas Priest & Owsley, LLP    2200 Pennsylvania Avenue, NW
1101 College Street, P.O. Box 770       Washington, D.C. 20037
Bowling Green, KY 42101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-00008-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                      *Server's signature*

                                _____
                                      *Printed name and title*


                                _____
                                      *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Kentucky ▼

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, et. al. ) ) ) ) ) | |
| *Plaintiff(s)* ) | |
| v. ) | Civil Action No.  3:23-cv-00008-GFVT |
| United States Environmental Protection Agency, et. al. ) ) ) ) ) | |
| *Defendant(s)* ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael S. Regan, in his official capacity as Administrator of
The United States Environmental Protection Agency
Office of the Administrator, Mail Code 1101A
1200 Pennsylvania Ave., NW
Washington, D.C. 20460

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Charles E. English, Jr. | Elbert Lin, Matthew Leopold |
| LaJuana S. Wilcher | Erica Peterson |
| Sarah Payne-Jarboe | Kerry McGrath |
| English Lucas Priest & Owsley, LLP | Hunton Andrews Kurth LLP |
| 1101 College Street, P.O. Box 770 | 2200 Pennsylvania Avenue, NW |
| Bowling Green, KY 42101 | Washington, DC 20037 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                          *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00008-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.


Date: _____        _____

*Server's signature*

_____

*Printed name and title*


_____

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▾

Kentucky Chamber of Commerce, Chamber of
Commerce of The United States of America,
Associated General Contractors of Kentucky, Inc.,
Home Builders Association of Kentucky, et al.

*Plaintiff(s)*

v.

United States Environmental Protection Agency, et
al.

*Defendant(s)*

Civil Action No. 3:23-cv-00008-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael Regan, in his official capacity as Administrator of
The United States Environmental Protection Agency
by registered or certified mail to the
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are: Charles E. English, Jr.            Elbert Lin, Matthew Leopold,
                           Sarah Payne-Jarboe             Kerry McGrath, Erica Peterson
                           LaJuana S. Wilcher             Hunton Andrews Kurth LLP
                           English Lucas Priest & Owsley, LLP    2200 Pennsylvania Avenue, NW
                           1101 College Street, P.O. Box 770     Washington, D.C. 20037
                           Bowling Green, KY 42101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00008-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❐ I returned the summons unexecuted because _____ ; or

❐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ ____0.00____

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*


_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky ▼

Kentucky Chamber of Commerce, Chamber of
Commerce of The United States of America,
Associated General Contractors of Kentucky, Inc.,
Home Builders Association of Kentucky, et al.

*Plaintiff(s)*

v.

Civil Action No.  3:23-cv-00008-GFVT

United States Environmental Protection Agency, et
al.

*Defendant(s)*

)
)
)
)
)
)
)
)
)
)
)
)

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Michael S. Regan, in his official capacity as Administrator of
The United States Environmental Protection Agency
by registered or certified mail to the civil-process clerk at the
Office of the United States Attorney for the Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, KY 40507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you
are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ.
P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of
the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney,
whose name and address are: Charles E. English, Jr.                    Elbert Lin, Matthew Leopold,
Sarah Payne-Jarboe                                Kerry McGrath, Erica Peterson
LaJuana S. Wilcher                                Hunton Andrews Kurth LLP
English Lucas Priest & Owsley, LLP                2200 Pennsylvania Avenue, NW
1101 College Street, P.O. Box 770                 Washington, D.C. 20037
Bowling Green, KY 42101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint.
You also must file your answer or motion with the court.

*CLERK OF COURT*

Date:  _____                          _____
                                                 *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-00008-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ _____0.00_____

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                         *Server's signature*

                                         _____
                                         *Printed name and title*

                                         _____
                                         *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky [▼]

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, et al. )))))))))) | |
| *Plaintiff(s)* | |
| v. | Civil Action No. 3:23-cv-00008-GFVT |
| United States Environmental Protection Agency, et al. | |
| *Defendant(s)* | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* United States Army Corp of Engineers
Office of Assistant Secretary of the Army (Civil Works)
441 G Street, NW
Washington, D.C. 20314-1000

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Charles E. English, Jr.
Sarah Payne-Jarboe
LaJuana S. Wilcher
English Lucas Priest & Owsley, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY 42101

Elbert Lin, Matthew Leopold,
Kerry McGrath, Erica Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00008-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

□ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

□ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

□ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

□ I returned the summons unexecuted because _____ ; or

□ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.

Date: _____          _____
                                          *Server's signature*

                                 _____
                                          *Printed name and title*


                                 _____
                                          *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the

Eastern District of Kentucky  ▾

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, et al. | ) ) ) ) ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:23-cv-00008-GFVT |
| United States Environmental Protection Agency, et al. | ) ) ) |
| *Defendant(s)* | ) ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Army Corp of Engineers
Office of Assistant Secretary of the Army (Civil Works)
by registered or certifed mail to the
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. English, Jr.
Sarah Payne-Jarboe
LaJuana S. Wilcher
English Lucas Priest & Owsley, LLP
1101 College Street, P.O. Box 770
Bowling Green, KY 42101

Elbert Lin, Matthew Leopold,
Kerry McGrath, Erica Peterson
Hunton Andrews Kurth LLP
2200 Pennsylvania Avenue, NW
Washington, D.C. 20037

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-00008-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00

I declare under penalty of perjury that this information is true.


Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
Eastern District of Kentucky  ▾

|  |  |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, et al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) ) |
| United States Environmental Protection Agency, et al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.  3:23-cv-00008-GFVT

### SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  United States Army Corp of Engineers
Office of the Assistant Secretary of the Army (Civil Works)
by registered or certified mail to the civil-process clerk at the
Office of the United States Attorney for the Eastern District of Kentucky
260 W. Vine Street, Suite 300
Lexington, KY 40507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) --- you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Charles E. English, Jr.<br>Sarah Payne-Jarboe<br>LaJuana S. Wilcher<br>English Lucas Priest & Owsley, LLP<br>1101 College Street, P.O. Box 770<br>Bowling Green, KY 42101 | Elbert Lin, Matthew Leopold,<br>Kerry McGrath, Erica Peterson<br>Hunton Andrews Kurth LLP<br>2200 Pennsylvania Avenue, NW<br>Washington, D.C. 20037 |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-00008-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.


Date: _____        _____
                                                     *Server's signature*

                                             _____
                                                     *Printed name and title*

                                             _____
                                                     *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

for the

Eastern District of Kentucky   ▼

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, et. al. | ) ) ) ) |
| *Plaintiff(s)* | ) ) |
| v. | ) ) |
| United States Environmental Protection Agency, et. al. | ) ) ) ) ) |
| *Defendant(s)* | ) |

Civil Action No.   3:23-cv-00008-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Michael L. Connor, in his official capacity as Assistant Secretary of the Army (Civil Works)
441 G Street, NW
Washington, D.C. 20314-1000


A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

| | |
|---|---|
| Charles E. English, Jr. | Elbert Lin, Matthew Leopold, |
| Sarah Payne-Jarboe | Kerry McGrath, Erica Peterson |
| LaJuana S. Wilcher | Hunton Andrews Kurth LLP |
| English Lucas Priest & Owsley, LLP | 2200 Pennsylvania Avenue, NW |
| 1101 College Street, P.O. Box 770 | Washington, D.C. 20037 |
| Bowling Green, KY 42101 | |

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____          _____

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 3:23-cv-00008-GFVT

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

on *(date)* ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

, a person of suitable age and discretion who resides there,

on *(date)* , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* , who is

designated by law to accept service of process on behalf of *(name of organization)*

on *(date)* ; or

☐ I returned the summons unexecuted because ; or

☐ Other *(specify):*

My fees are $ for travel and $ for services, for a total of $ 0.00

I declare under penalty of perjury that this information is true.

Date:

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

### Eastern District of Kentucky  ▾

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, et al. | )<br>)<br>)<br>)<br>) |
| _Plaintiff(s)_ | ) |
| v. | )    Civil Action No.  3:23-cv-00008-GFVT |
| United States Environmental Protection Agency, et al. | )<br>)<br>) |
| _Defendant(s)_ | )<br>)<br>) |

## SUMMONS IN A CIVIL ACTION

To: _(Defendant's name and address)_  Michael L. Connor, in his official capacity as Assistant Secretary of the Army (Civil Works)
Department of the Army
108 Army Pentagon
Washington, D.C. 20310

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:    Charles E. English, Jr.             Elbert Lin, Matthew Leopold,

                                      Sarah Payne-Jarboe               Kerry McGrath, Erica Peterson
                                        LaJuana S. Wilcher                 Hunton Andrews Kurth LLP
                                      English Lucas Priest & Owsley, LLP    2200 Pennsylvania Avenue, NW
                                      1101 College Street, P.O. Box 770      Washington, D.C. 20037
                                      Bowling Green, KY 42101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

_CLERK OF COURT_

Date: _____

                                                    _Signature of Clerk or Deputy Clerk_

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-00008-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

☐ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $  0.00

I declare under penalty of perjury that this information is true.


Date: _____          _____
                                         *Server's signature*

                                 _____
                                      *Printed name and title*


                                 _____
                                       *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Kentucky   ▼

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, et al.<br><br>*Plaintiff(s)*<br><br>v.<br><br>United States Environmental Protection Agency, et al.<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

Civil Action No.   3:23-cv-00008-GFVT

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   Michael L. Connor, in his official capacity as Assistant Secretary of the Army (Civil Works) by registered or certified mail to the
Attorney General of the United States
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   Charles E. English, Jr.                        Elbert Lin, Matthew Leopold,
Sarah Payne-Jarboe                          Kerry McGrath, Erica Peterson
LaJuana S. Wilcher                            Hunton Andrews Kurth LLP
English Lucas Priest & Owsley, LLP      2200 Pennsylvania Avenue, NW
1101 College Street, P.O. Box 770        Washington, D.C. 20037
Bowling Green, KY 42101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____          _____
                                                        *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-00008-GFVT

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____.

❏ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00


I declare under penalty of perjury that this information is true.


Date:  _____          _____
                                                    *Server's signature*

                                          _____
                                                    *Printed name and title*

                                          _____
                                                    *Server's address*

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

### for the

Eastern District of Kentucky ▾

| | |
|---|---|
| Kentucky Chamber of Commerce, Chamber of Commerce of The United States of America, Associated General Contractors of Kentucky, Inc., Home Builders Association of Kentucky, et al. | ) ) ) ) |
| _____ | ) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No.  3:23-cv-00008-GFVT |
| United States Environmental Protection Agency, et al. | ) ) |
| _____ | ) ) ) |
| *Defendant(s)* | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Michael L. Connor, in his official capacity as Assistant Secretary of the Army (Civil Works) by registered or certified mail to the civil-process clerk at the Office of the United States Attorney for the Eastern District of Kentucky 260 W. Vine Street, Suite 300 Lexington, KY 40507

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Charles E. English, Jr.          Elbert Lin, Matthew Leopold,
Sarah Payne-Jarboe              Kerry McGrath, Erica Peterson
LaJuana S. Wilcher              Hunton Andrews Kurth LLP
English Lucas Priest & Owsley, LLP    2200 Pennsylvania Avenue, NW
1101 College Street, P.O. Box 770     Washington, D.C. 20037
Bowling Green, KY 42101

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____        _____
                                      *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12)  Summons in a Civil Action (Page 2)

Civil Action No.  3:23-cv-00008-GFVT

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____

❑ I personally served the summons on the individual at *(place)* _____

_____ on *(date)* _____ ; or

❑ I left the summons at the individual's residence or usual place of abode with *(name)* _____

_____ , a person of suitable age and discretion who resides there,

on *(date)* _____ , and mailed a copy to the individual's last known address; or

❑ I served the summons on *(name of individual)* _____ , who is

designated by law to accept service of process on behalf of *(name of organization)* _____

_____ on *(date)* _____ ; or

❑ I returned the summons unexecuted because _____ ; or

❑ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $    0.00


I declare under penalty of perjury that this information is true.


Date: _____              _____
                                              *Server's signature*

                                              _____
                                              *Printed name and title*

                                              _____
                                              *Server's address*

Additional information regarding attempted service, etc: